UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-9 JWB/JFD |
| | **INDICTMENT** |
| Plaintiff, | |
| v. | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| | 18 U.S.C. § 924(a)(8) |
| DEMETRIUS STANFORD LAMONT NOBLE, | 18 U.S.C. § 924(c)(1)(A) |
| | 18 U.S.C. § 924(d)(1) |
| Defendant. | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(C) |
| | 21 U.S.C. § 841(b)(1)(D) |
| | 21 U.S.C. § 853(a) |
| | 21 U.S.C. § 853(p) |
| | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Possession With the Intent To Distribute Marijuana)

On or about April 19, 2022, in the State and District of Minnesota, the defendant,

**DEMETRIUS STANFORD LAMONT NOBLE,**

did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of marijuana, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

SCANNED
JAN 17 2023
U.S. DISTRICT COURT MPLS

*United States v. Demetrius Noble*

# COUNT 2
(Felon in Possession of a Firearm)

On or about April 19, 2022, in the State and District of Minnesota, the defendant,

**DEMETRIUS STANFORD LAMONT NOBLE,**

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Possession with Intent to Deliver or Distribute THC & Prescriptions | Monroe County, WI | May 31, 2022 |
| Manufacturing or Delivering a Controlled Substance | Cook County, IL | February 26, 1999 |
| Possession of a Controlled Substance | Cook County, IL | May 31, 1995 |
| Felony Escape | Cook County, IL | May 31, 1995 |
| Possession of a Controlled Substance | Cook County, IL | September 29, 1993 |
| Manufacturing or Delivering a Controlled Substance | Cook County, IL | September 29, 1993 |
| Receiving, Possessing, or Selling a Stolen Vehicle | Cook County, IL | September 8, 1992 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and

2

*United States v. Demetrius Noble*

affecting interstate and foreign commerce, a firearm, that is, a Ruger .380 caliber pistol bearing serial number 380337226, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about April 19, 2022, in the State and District of Minnesota, the defendant,

**DEMETRIUS STANFORD LAMONT NOBLE**,

did knowingly possess a firearm, that is, a Ruger .380 caliber pistol bearing serial number 380337226, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute marijuana, as alleged in Count 1 of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4
(Felon in Possession of a Firearm)

On or about July 7, 2022, in the State and District of Minnesota, the defendant,

**DEMETRIUS STANFORD LAMONT NOBLE**,

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

3

*United States v. Demetrius Noble*

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Possession with Intent to Deliver or Distribute THC & Prescriptions | Monroe County, WI | May 31, 2022 |
| Manufacturing or Delivering a Controlled Substance | Cook County, IL | February 26, 1999 |
| Possession of a Controlled Substance | Cook County, IL | May 31, 1995 |
| Felony Escape | Cook County, IL | May 31, 1995 |
| Possession of a Controlled Substance | Cook County, IL | September 29, 1993 |
| Manufacturing or Delivering a Controlled Substance | Cook County, IL | September 29, 1993 |
| Receiving, Possessing, or Selling a Stolen Vehicle | Cook County, IL | September 8, 1992 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Springfield Arms Saint Edge 5.56 caliber AR-15 rifle bearing serial number SE84451, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 5
(Felon in Possession of a Firearm)

On or about July 7, 2022, in the State and District of Minnesota, the defendant,

**DEMETRIUS STANFORD LAMONT NOBLE,**

4

*United States v. Demetrius Noble*

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Possession with Intent to Deliver or Distribute THC & Prescriptions | Monroe County, WI | May 31, 2022 |
| Manufacturing or Delivering a Controlled Substance | Cook County, IL | February 26, 1999 |
| Possession of a Controlled Substance | Cook County, IL | May 31, 1995 |
| Felony Escape | Cook County, IL | May 31, 1995 |
| Possession of a Controlled Substance | Cook County, IL | September 29, 1993 |
| Manufacturing or Delivering a Controlled Substance | Cook County, IL | September 29, 1993 |
| Receiving, Possessing, or Selling a Stolen Vehicle | Cook County, IL | September 8, 1992 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Smith & Wesson M&P Shield 9mm semiautomatic pistol bearing serial number JCR5083, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

*United States v. Demetrius Noble*

## COUNT 6
(Felon in Possession of a Firearm)

On or about July 7, 2022, in the State and District of Minnesota, the defendant,

**DEMETRIUS STANFORD LAMONT NOBLE,**

having previously been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Offense | Place of Conviction | Date of Conviction (On or About) |
|---|---|---|
| Possession with Intent to Deliver or Distribute THC & Prescriptions | Monroe County, WI | May 31, 2022 |
| Manufacturing or Delivering a Controlled Substance | Cook County, IL | February 26, 1999 |
| Possession of a Controlled Substance | Cook County, IL | May 31, 1995 |
| Felony Escape | Cook County, IL | May 31, 1995 |
| Possession of a Controlled Substance | Cook County, IL | September 29, 1993 |
| Manufacturing or Delivering a Controlled Substance | Cook County, IL | September 29, 1993 |
| Receiving, Possessing, or Selling a Stolen Vehicle | Cook County, IL | September 8, 1992 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Beretta Pico

6

*United States v. Demetrius Noble*

.380 caliber semiautomatic pistol bearing serial number PC008100, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATIONS

Counts 1 through 6 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

### Drug Forfeitures

If convicted of Count 1, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation, including but not limited to the Ruger .380 caliber pistol bearing serial number 380337226 charged in Counts 2 and 3 of the Indictment.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

*United States v. Demetrius Noble*

## Gun Forfeitures

If convicted of any of Counts 2 through 3, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories or ammunition involved in or used in connection with the violation, including but not limited to the Ruger .380 caliber pistol bearing serial number 380337226 charged in Counts 2 and 3 of the Indictment.

If convicted of Count 4 the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories or ammunition involved in or used in connection with the violation, including but not limited to the Springfield Arms Saint Edge 5.56 caliber AR-15 rifle bearing serial number SE84451 charged in Count 4 of the Indictment.

If convicted of Count 5 the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories or ammunition involved in or used in connection with the violation, including but

*United States v. Demetrius Noble*

not limited to the Smith & Wesson M&P Shield 9mm semiautomatic pistol bearing serial number JCR5083 charged in Count 5 of the Indictment.

If convicted of Count 6 the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories or ammunition involved in or used in connection with the violation, including but not limited to the Beretta Pico .380 caliber semiautomatic pistol bearing serial number PC008100 charged in Count 6 of the Indictment.

A TRUE BILL

_____       _____
UNITED STATES ATTORNEY              FOREPERSON